354

**No. 57709.**—Rexon, Inc. *v.* United States, protest 203204–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 57710.**—Calhawaii Co. et al. *v.* United States, protests 147675–K, etc. (Los Angeles).

Opinion by MOLLISON, J.   It was stipulated that the two classes of merchandise are the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475).   In accordance with stipulation of counsel and following the cited decision, the items marked "A" were held dutiable at 20 percent ad valorem under paragraph 412, as modified by the General Agreement on Tariffs and Trade (T. D. 51802), and the items marked "B" were held dutiable at 12½ percent under said paragraph, as modified by said T. D. 51802.

**No. 57711.**—Tropical Sun Co. and Perryman, Mojonier Company *v.* United States, protests 173554–K and 173555–K (Los Angeles).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of chairs the same in all material respects as those involved in *Calif-Asia Co., Ltd.* v. *United States* (39 C. C. P. A. 133, C. A. D. 475), the claim of the plaintiffs was sustained.

**No. 57712.**—F. L. Kraemer & Co. *v.* United States, protest 199553–K(A) (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of crude rubber dust which is a manufacture, composed wholly or in chief value of india rubber, known as "hard rubber," the claim of the plaintiff was sustained.